IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BRADDOCK | : | CIVIL ACTION |
| | : | NO. 13-06171 |
| v. | : | |
| | : | |
| SEPTA, et al. | : | |

## **ORDER**

AND NOW, this 18th day of June, 2014, upon consideration of the motion to dismiss of Southeastern Pennsylvania Transportation Authority, Albert Matijek and John Jamison (Dkt. No. 10), plaintiff's response thereto (Dkt. No. 11) and defendants' reply (Dkt. No. 12) and consistent with the accompanying memorandum of law, it is ORDERED that the Motion is GRANTED and Counts I, III and V of plaintiff's amended complaint and plaintiff's claims for punitive damages are DISMISSED. To the extent that he is able to allege facts sufficient to support his dismissed claims, plaintiff may file an amended complaint on or before July 11, 2014.

*/s/ Thomas N. O'Neill*
THOMAS N. O'NEILL, JR., J.