IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BRADDOCK | : | CIVIL ACTION |
|  | : | NO. 13-06171 |
| v. | : |  |
|  | : |  |
| SEPTA, et al. | : |  |

## ORDER

AND NOW, this 25th day of November, 2014, upon consideration of the motion to dismiss of Southeastern Pennsylvania Transportation Authority, Albert Matijek and John Jamison (Dkt. No. 16), plaintiff's response thereto (Dkt. No. 18), defendants' reply (Dkt. No. 19) and defendant's supplemental brief (Dkt. Nos. 21, 22) and consistent with the accompanying memorandum of law, it is ORDERED that the Motion is GRANTED and Counts I, III and V of plaintiff's second amended complaint and plaintiff's claims for punitive damages are DISMISSED.  To the extent that plaintiff is able to allege sufficient facts to state a claim of wage discrimination against SEPTA under Title VII, the PHRA and § 1983 and for retaliation under § 1983, in accordance with the accompanying memorandum of law, plaintiff may file an amended complaint on or before December 9th, 2014.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
