IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT BRADDOCK | : | CIVIL ACTION |
|---|---|---|
| | : | NO. 13-6171 |
| v. | : | |
| | : | |
| SEPTA, et al. | : | |
| | : | |

**ORDER**

AND NOW, this 21st day of April, 2015, upon consideration of defendants Southeastern Pennsylvania Transportation Authority, Albert Matejik and John Jamison's motion for summary judgment (Dkt. No. 27), plaintiff Robert Braddock's response (Dkt. No. 31), defendants' reply (Dkt. No. 32) and consistent with the accompanying memorandum of law, it is ORDERED that the Motion is DENIED.

It is ORDERED that plaintiff's motion to strike or in the alternative to stay consideration of defendants' motion for summary judgment (Dkt. No. 28) and defendants' motion to stay discovery pending the outcome of their motion for summary judgment (Dkt. No. 30) are DENIED as moot.

The parties may proceed with the remainder of discovery. My scheduling order of January 20, 2015 (Dkt. No. 26) remains unchanged.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.